VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Audley Watson*, pro se, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 7, 2003

STATE OF CONNECTICUT *v.* JOHN DUPIGNEY

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 111 (AC 22611), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided October 7, 2003

STATE OF CONNECTICUT *v.* JUSTIN C. PEPPER

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 1 (AC 23376), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's rights of confrontation and to present a defense were not infringed when the trial court restricted the defendant from inquiring about the victim's motive?"

The Supreme Court docket number is SC 17075.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Lawrence J. Tytla*, senior assistant state's attorney, in opposition.

Decided October 7, 2003